**FILED**
JAMES J. VILT, JR. - CLERK

AUG 18 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**ANDRE ROSS (1, 4, 7)**
**CORY ROSS (1, 3)**
**ROBERT ROSS (1, 2, 6)**
**SEIKO ROSS (1, 5, 8)**

INDICTMENT

NO. 3:21CR101 DJH

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 846
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

### COUNT 1
*(Conspiracy to Possess with Intent to Distribute Controlled Substances)*

From on or about and between May 1, 2021, and August 12, 2021, in the Western District of Kentucky, Jefferson County, Kentucky and elsewhere, the defendants, **ANDRE ROSS**, **CORY ROSS**, **ROBERT ROSS**, and **SEIKO ROSS**, knowingly and intentionally conspired, with each other and others known and unknown to the grand jury, to possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, and a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, Schedule II controlled substances, as defined in Title 21, United States Code, Section 812, all in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C).

The Grand Jury further charges:

## COUNT 2
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

From on or about and between May 1, 2021, and August 12, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ANDRE ROSS**, knowingly possessed a firearm, to wit: a Canik model TP9SF 9 millimeter semiautomatic pistol bearing serial number T6472-17AT15905, a Taurus .357 caliber revolver bearing serial number NE955206, a Cobray model DD .45 caliber/410 gauge pistol bearing serial number C00008200, and a North American Arms .22 caliber revolver bearing serial number E297027, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute controlled substances, as charged in Count 1 of this Indictment in violation of Title 21, United States Code, Section 846.

In violation of Title 18, United States Code, Section 924(c)(l)(A).

The Grand Jury further charges:

## COUNT 3
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

From on or about and between May 1, 2021, and August 12, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CORY ROSS**, knowingly possessed a firearm, to wit: a Masterpiece Arms 9 millimeter semiautomatic pistol bearing serial number FX24209, a Radical Firearms RF-15 .223 caliber semiautomatic rifle bearing serial number RN22663, a Norinco 7.62x39 millimeter semiautomatic rifle bearing serial number 7002213005187, a Citadel 12 gauge shotgun bearing serial number 2047027, a Diamondback

Firearms 5.56 millimeter semiautomatic pistol bearing serial number DB2468140, and a Century International Arms model M70AB2 7.62x39 millimeter semiautomatic rifle, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute controlled substances, as charged in Count 1 of this Indictment in violation of Title 21, United States Code, Section 846.

In violation of Title 18, United States Code, Section 924(c)(l)(A).

The Grand Jury further charges:

## COUNT 4
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

From on or about and between May 1, 2021, and August 12, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ROBERT ROSS**, knowingly possessed a firearm, to wit: a K-Mart 20 gauge shotgun bearing serial number 29-051442, a Browning semiautomatic shotgun bearing serial number 405364, a Remington model 22 .25 caliber rifle, bearing serial number E6603134, a Harrington & Richardson 20 gauge shotgun bearing serial number AZ548257, a Citadel model Boss-25 12 gauge semiautomatic shotgun bearing serial number 20-67526, a Ruger model LCP .380 caliber semiautomatic pistol bearing serial number 371562386, and a Glock model 43 9 millimeter semiautomatic pistol bearing serial number AFNM926, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute controlled substances, as charged in Count 1 of this Indictment in violation of Title 21, United States Code, Section 846.

In violation of Title 18, United States Code, Section 924(c)(l)(A).

The Grand Jury further charges:

## COUNT 5
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

From on or about and between May 1, 2021, and July 29, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **SEIKO ROSS**, knowingly possessed a firearm, to wit: a Jimenez Arms model JA Nine 9 millimeter semiautomatic pistol bearing serial number 421471, a Bryco model 380 Auto, .380 caliber, semiautomatic pistol bearing serial # 1260293, and a CZ model Scorpion 9 millimeter semiautomatic pistol bearing serial number C776591, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute controlled substances, as charged in Count 1 of this Indictment in violation of Title 21, United States Code, Section 846.

In violation of Title 18, United States Code, Section 924(c)(l)(A).

The Grand Jury further charges:

## COUNT 6
*(Possession of a firearm by a convicted felon)*

On or about August 12, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ANDRE ROSS**, knowingly possessed, in and affecting commerce, a firearm, to wit: a Canik model TP9SF 9 millimeter semiautomatic pistol bearing serial number T6472-17AT15905, a Taurus .357 caliber revolver bearing serial number NE955206, a Cobray model DD .45 caliber/410 gauge pistol bearing serial number C00008200, and a North American Arms .22 caliber revolver bearing serial number E297027, and ammunition, with knowledge that

he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about March 23, 2009, in Pike Circuit Court, Pike County, Mississippi, in Cause ID Number 08254PKS, **ANDRE ROSS**, was convicted of conspiracy to commit a crime; and,

> On or about October 6, 2000, in Hinds Circuit Court, Hinds County, Mississippi, in Cause ID Number 000486, **ANDRE ROSS**, was convicted of possession of cocaine.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

The Grand Jury further charges:

## COUNT 7
*(Possession of a firearm by a convicted felon)*

On or about August 12, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ROBERT ROSS**, knowingly possessed, in and affecting commerce, a firearm, to wit: a K-Mart 20 gauge shotgun bearing serial number 29-051442, a Browning semiautomatic shotgun bearing serial number 405364, a Remington model 22 .25 caliber rifle, bearing serial number E6603134, a Harrington & Richardson 20 gauge shotgun bearing serial number AZ548257, a Citadel model Boss-25 12 gauge semiautomatic shotgun bearing serial number 20-67526, a Ruger model LCP .380 caliber semiautomatic pistol bearing serial number 371562386, and a Glock model 43 9 millimeter semiautomatic pistol bearing serial number AFNM926, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about February 27, 2019, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 17-CR-003517, **ROBERT ROSS** was convicted of

possession of a firearm by a convicted felon, receiving a stolen firearm, and tampering with physical evidence; and,

On or about February 27, 2019, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 17-CR-003517, **ROBERT ROSS** was convicted of possession of a firearm by a convicted felon, trafficking in a controlled substance, tampering with physical evidence, and receiving a stolen firearm; and,

On or about January 28, 2016, in Hinds Circuit Court, Hinds County, Mississippi, in Cause ID Number 15-0-226-00 WAG, **ROBERT ROSS** was convicted of conspiracy to commit a crime.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

The Grand Jury further charges:

## COUNT 8
*(Possession of a firearm by a convicted felon)*

On or about July 29, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **SEIKO ROSS**, knowingly possessed, in and affecting commerce, a firearm, to wit: a Jimenez Arms model JA Nine 9 millimeter semiautomatic pistol bearing serial number 421471, a Bryco model 380 Auto, .380 caliber, semiautomatic pistol bearing serial # 1260293, and a CZ model Scorpion 9 millimeter semiautomatic pistol bearing serial number C776591, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about March 20, 2019, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 18-CR-001840, **SEIKO ROSS** was convicted of possession of a firearm by a convicted felon; and,

On or about November 7, 2016, in Rankin Circuit Court, Rankin County, Mississippi, in Cause ID Number 26747, **SEIKO ROSS** was convicted of possession of cocaine; and,

On or about March 19, 2012, in Hinds Circuit Court, Hinds County, Mississippi, in Cause ID Number 11137200WAG, **SEIKO ROSS** was convicted of possession of a firearm by a convicted felon.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 21, United States Code, Section 846 and 841(a)(1), as alleged in this Indictment, a felony punishable by imprisonment for more than one year, the defendants, **ANDRE ROSS**, **CORY ROSS**, **ROBERT ROSS,** and **SEIKO ROSS**, shall forfeit to the United States, any and all property constituting, or derived from, proceeds the defendants obtained, directly or indirectly, as a result of said offense, and any and all of the defendants' property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violation alleged in this Indictment.

Furthermore, as a result of committing offenses in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(c), as alleged in this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **ANDRE ROSS**, **CORY ROSS**, **ROBERT ROSS**, and **SEIKO ROSS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses; to specifically include, but not limited to the following: a Canik model TP95F 9 millimeter semiautomatic pistol bearing serial number T6472-17AT15905, a Taurus .357 caliber revolver bearing serial number NE955206, a Cobray model DD .45 caliber/410 gauge pistol bearing serial number C00008200, a North American Arms .22 caliber revolver bearing serial number E297027, a Masterpiece Arms 9 millimeter semiautomatic pistol bearing serial number FX24209, a Radical Firearms RF-15 .223 caliber semiautomatic rifle

7

bearing serial number RN22663, a Norinco 7.62x39 millimeter semiautomatic rifle bearing serial number 7002213005187, a Citadel 12 gauge shotgun bearing serial number 2047027, a Diamondback Firearms 5.56 millimeter semiautomatic pistol bearing serial number DB2468140, a Century International Arms model M70AB2 7.62x39 millimeter semiautomatic rifle, a K-Mart 20 gauge shotgun bearing serial number 29-051442, a Browning semiautomatic shotgun bearing serial number 405364, a Remington model 22 .25 caliber rifle, bearing serial number E6603134, a Harrington & Richardson 20 gauge shotgun bearing serial number AZ548257, a Citadel model Boss-25 12 gauge semiautomatic shotgun bearing serial number 20-67526, a Ruger model LCP .380 caliber semiautomatic pistol bearing serial number 371562386, a Glock model 43 9 millimeter semiautomatic pistol bearing serial number AFNM926, a Jimenez Arms model JA Nine 9 millimeter semiautomatic pistol bearing serial number 421471, a Bryco model 380 Auto, .380 caliber, semiautomatic pistol bearing serial # 1260293, a CZ model Scorpion 9 millimeter semiautomatic pistol bearing serial number C776591, and ammunition.

Pursuant to Title 18, United States Code, 924(d), Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461.

A TRUE BILL.

FOREPERSON

MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

MAB:TWD:8-18-2021

UNITED STATES OF AMERICA v. **ANDRE ROSS, et al**

## PENALTIES

| | |
|---|---|
| Count 1: | NM 20 yrs./$1,000,000 fine/both/ NL 3 yrs./NM Life Supervised Release |
| Counts 2-5: | NL 5 yrs./NM Life /$250,000fine/both/NM 5 yrs. Supervised Release (each count, consecutive) |
| Counts 6-8: | NM 10 yrs./$250,000 fine/both/ NM 3 yrs. Supervised Release (each count) |
| Forfeiture | |

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | |
|---|---|
| Misdemeanor: $ 25 per count/individual | Felony: $100 per count/individual |
| $125 per count/other | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**<u>Failure to pay fine as ordered may subject you to the following</u>**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   <u>For offenses occurring after December 12, 1987</u>:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

   18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:   Clerk, U.S. District Court
              106 Gene Snyder U.S. Courthouse
              601 West Broadway
              Louisville, KY  40202
              502/625-3500

BOWLING GREEN:   Clerk, U.S. District Court
                 120 Federal Building
                 241 East Main Street
                 Bowling Green, KY  42101
                 270/393-2500

OWENSBORO:   Clerk, U.S. District Court
             126 Federal Building
             423 Frederica
             Owensboro, KY  42301
             270/689-4400

PADUCAH:   Clerk, U.S. District Court
           127 Federal Building
           501 Broadway
           Paducah, KY  42001
           270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.