

# Case Assignment
## Standard Criminal Assignment

Case number **3:21CR-101-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 8/18/2021 11:08:30 AM
Transaction ID: 59065

Request New Judge     Return