FILED
JAMES J. VILT, JR. - CLERK

AUG 18 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                     PLAINTIFF

v.                              CRIMINAL ACTION NO.: 3:21CR101 DJH

ROBERT ROSS, et al                                           DEFENDANT

NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Thomas W. Dyke hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

*/s/ Thomas W. Dyke*
Thomas W. Dyke
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5911