UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                                                 CASE ACTION NO.3:21CR-101-DJH
*Electronically Filed*

ANDRE ROSS, ET AL.                                                                    DEFENDANTS

**BILL OF PARTICULARS**
**FOR FORFEITURE OF PROPERTY**

The United States of America, by and through Michael A. Bennett, Acting United States Attorney for the Western District of Kentucky, and Thomas W. Dyke, Assistant United States Attorney, hereby submits a Bill of Particulars, pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure, to restate, supplement and clarify the forfeiture allegations contained in the Indictment and to provide notice of specific property the Government intends to forfeit upon conviction. Under Federal Rule of Criminal Procedure 32.2(a), 18 U.S.C. § 924(d) and 21 U.S.C. § 853, the property subject to forfeiture in this case, includes, but is not limited to:

a. $2,465.00 in U.S. Currency;
b. $5,876.00 in U.S. Currency;
c. $1,462.00 in U.S. Currency;
d. $3,515.00 in U.S. Currency;
e. $3,959.00 in U.S. Currency;
f. Samsung cell phone;
g. Amazon tablet, Model # M2Y3RS;
h. White iPhone;
i. Black Samsung, IMEI 355792261591971;
j. Black smartphone in black case;
k. LG black phone in blue;
l. Cellphone model XT2093-7, IMEI 353776480483617;
m. iPhone model A 1661;
n. Ruger LCP 380 bearing serial number 371562386[1]; and
o. CZ pistol bearing serial number C776591[2].

---

[1] Firearm has been determined as stolen and will be returned to the owner assuming that the owner is able to possess a firearm under the current law.
[2] Firearm may be stolen, determination pending.

Respectfully submitted,

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY


s/ *Thomas W. Dyke*
Thomas W. Dyke
Assistant U.S. Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-5911


CERTIFICATE OF SERVICE

On September 7th, 2021, I electronically filed the foregoing through the ECF system, which will send a notice of electronic filing to counsel of record for the defendant

s/ *Thomas W. Dyke*
Thomas W. Dyke
Assistant U.S. Attorney