UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                                               CRIMINAL NO. 3:21CR-101-DJH

SEIKO ROSS                                                                                          DEFENDANT

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
*Electronically Filed*

Petitioner, United States of America, by counsel, respectfully shows to this Honorable Court that Seiko Ross is now confined in the Louisville Metropolitan Detention Center in Louisville, Kentucky, under authority of the Director , and in accordance with the laws thereof, having been charged with an offense against the laws of the State of Kentucky by virtue of which charge the Director of said Louisville Metropolitan Detention Center now holds the said Seiko Ross.

Your petitioner avers that a criminal proceeding is now pending in the United States District Court for the Western District of Kentucky, at Louisville, Kentucky, charging him with violations of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C), 922(g)(1), 924(a)(2) and 924(c)(1)(A), which action will be called for arraignment before this Honorable Court on October 28, 2021 at 10:00 a.m., at Louisville, Kentucky.

WHEREFORE, your petitioner prays that this Honorable Court forthwith order a writ of habeas corpus ad prosequendum to issue from this Court to the United States Marshal for the Western District of Kentucky, and the Director of Louisville Metropolitan Detention Center at Louisville, Kentucky, requiring them to produce the body of the said Seiko Ross on or before

October 28, 2021 at 10:00 a.m., at Louisville, Kentucky, and to remain in federal custody until final resolution of this case, for the purpose of defending, if he wishes, against said prosecution.

    Respectfully submitted,

    MICHAEL A. BENNETT
    Acting United States Attorney

    *Thomas W. Dkye*
    Assistant United States Attorney
    717 West Broadway
    Louisville, Kentucky  40202
    PH:  (502) 582-5911