UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                                                        CRIMINAL NO. 3:21CR-101-DJH

SEIKO ROSS                                                                              DEFENDANT

WRIT OF HABEAS CORPUS
<u>AD PROSEQUENDUM</u>

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF KENTUCKY, AND THE DIRECTOR OF THE LOUISVILLE METROPOLITAN CORRECTIONS DEPARTMENT, AT LOUISVILLE, KENTUCKY, GREETINGS:

We command that you have the body of Seiko Ross, now detained in the Louisville Metropolitan Detention Center, at Louisville, Kentucky, under your custody as it is said, under safe and secure conduct on or before October 28, 2021 at 10:00 a.m., at Louisville, Kentucky, for appearance before the Judge of our District Court within and for the District aforesaid, and to remain in federal custody until final resolution of this case, for the purpose of defending, if he wishes, charges against him now pending in this Court, and after conclusion of said cause, that you return him to the said Louisville Metropolitan Detention Center, at Louisville, Kentucky, under safe and secure conduct, and have you then and there this writ.

September 15, 2021

**David J. Hale, Judge**
**United States District Court**