UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                      CRIMINAL ACTION NO. 3:21CR-101-DJH

ANDREA ROSS, et al.                                                                        DEFENDANTS

<u>MOTION OF THE UNITED STATES TO CONTINUE TRIAL DATE</u>
- *Electronically Filed* -

The United States of America moves this Court to continue the trial in this case currently scheduled to begin on October 25, 2021. As grounds therefore, the United States states as follows:

Andrea Ross, Cory Ross and Robert Ross were each charged by criminal complaint on or about August 13, 2021. Each of the defendants made their initial appearances the same day. Preliminary and detention hearings were scheduled for Cory Ross and Robert Ross on August 17, 2021, and for Andrea Ross on August 18, 2021.  Cory Ross and Robert Ross were detained following their combined hearings on August 17, 2021.

On August 18, 2021, the grand jury handed down an Indictment charging Cory, Robert and Andrea Ross with drug and firearm offenses.  The Indictment also named a fourth defendant, Seiko Ross, with similar offenses   (DN 6 Indictment, Page ID# 39). Andrea Ross was arraigned on the Indictment on the afternoon of August 18, 2021. The Court entered an Order scheduling a jury trial for October 25, 2021 (DN 20 Order, Page ID# 112).   Defendants Cory Ross and Robert Ross were arraigned on the Indictment on August 31, 2021 (DN's 26, 27 Orders, Page ID## 124, 129).

When the Indictment was returned, Defendant Seiko Ross was in state custody on

Indictment No. 20-CR-001440-2 charging him with two counts of first-degree assault, possession of a handgun by a convicted felon and first-degree wanton endangerment. On August 23, 2021, Undersigned counsel contacted the state prosecutor to discuss transferring Seiko Ross from state custody to federal custody. According to the state prosecutor, she was attempting to resolve the state charges against Seiko Ross. On September 8, 2021, undersigned counsel was informed by the state prosecutor that she was unable to resolve her state charges and requested that Seiko Ross be taken into federal custody to resolve the charges pending in this Indictment.

An Application for a Writ of Habeas Corpus ad Prosequendum was filed on September 15, 2021 (DN 29 Application, Page ID# 136). The Court issued the Writ the same day (DN 30 Writ, Page ID# 139). Seiko Ross is scheduled for arraignment on October 28, 2021, three days after the other three defendants are scheduled to appear for trial (Id.). The United States respectfully requests that the Court enter an Order continuing the trial date so that the fourth defendant, Seiko Ross, can be brought before the Court.

Title 18 United States Code, Section 3161(h)(6) excludes "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted." All defendants who are joined for trial generally fall within the speedy trial computation of the latest co-defendant. *Henderson v. United States*, 476 U.S. 321, 323 n. 2, (1986).

A continuance of the trial in this action is also necessary pursuant to 18 U.S.C. §§ (h)7(A) and (h)(7)(B)(iv), as failure to do so would "deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." The case, while not necessarily "complex" as defined in

18 U.S.C. § 3161(h)(7)(B)(ii), still involves multiple defendants, a large number of exhibits, physical evidence collected from four residential locations and several vehicles, ongoing DNA and fingerprint processing of approximately 17 firearms, and ongoing chemical analysis of a significant number of drug exhibits. There is a large volume of recorded video surveillance footage as well.[1]

The United States requests that a continuance be granted and that the period of delay be excludable in computing the time within which a trial must commence under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(6), (h)7(A), and (h)(7)(B)(iv). The ends of justice served by granting the motion to continue outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, the United States respectfully moves the Court to grant this motion to continue the trial.

> Respectfully Submitted,
>
> MICHAEL A. BENNETT
> ACTING UNITED STATES ATTORNEY
>
> *s/ Thomas W. Dyke*
> Assistant United States Attorney
> 717 West Broadway
> Louisville, Kentucky 40202
> (502) 625-7042 (tel)
> (502) 582-5912 (fax)

---

[1] Counsel for the United States originally intended to seek a continuance of the trial by asking the Court to declare the case "complex" pursuant to 18 U.S.C. §§ and (h)7(A) and (h)(7)(B)(ii).

**CERTIFICATE OF SERVICE**

    On September 27, 2021, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all Counsel of record.

                                                *s/ Thomas W. Dyke*
                                                Assistant United States Attorney