UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                   PLAINTIFF

v.                                                            CRIMINAL ACTION NO. 3:21CR-101-DJH

ANDREA ROSS, et al.                                                                      DEFENDANTS

## ORDER

This matter is before the Court on the motion by the United States to reschedule trial of this action, currently scheduled for October 25, 2021.  Having considered the motion and being sufficiently advised,

**IT IS HEREBY ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that in the interests of justice, and pursuant to 18 U.S.C. § 3161(h)(6), (h)(7)(A), and (h)(7)(B)(iv), the period of delay is excluded from the time allowed for a speedy trial.