UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                     PLAINTIFF

v.                                                           CRIMINAL ACTION NO. 3:21CR-101-DJH

ANDRE ROSS, et al.                                                                                              DEFENDANTS

<u>PROTECTIVE ORDER</u>

Upon motion of the United States of America for the entry of a protective order, and the Court being sufficiently advised, it is hereby **ORDERED** that the United States' Motion for a Protective Order is **GRANTED**.

**IT IS HEREBY ORDERED** that for any Rule 16 Discoverable Material, Sealed Items, or *Jencks* Material that the government produces to Defendants in this case after the date of entry of this Order, Defendants and their counsel shall:

    a.    conduct any review of such materials in the office of defense counsel or at the detention facility where the defendant is housed;

    b.    ensure that no copies of such materials leave the custody of defense counsel or be left at any detention facility;

    c.    not discuss, disseminate, or disclose such materials, including their contents, to anyone other than the named Defendants and their counsel (including full-time legal staff of counsel andattorneys formally associated with the law firm), except upon the express authorization of the Court;

    d.    return all hard drives and discs containing such materials to the United States at the close of trial or when any appeal becomes final; and

    e.    destroy all physical copies of the Sealed Items and *Jencks* Material at the close of trial or when any appeal has become final.