UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                         CRIMINAL ACTION NO. 3:21CR-101-DJH

ANDRE ROSS, et al.                                                                       DEFENDANTS

## PROTECTIVE ORDER

Upon motion of the United States of America for the entry of a protective order, and the Court being sufficiently advised, it is hereby **ORDERED** that the United States' Motion for a Protective Order is **GRANTED**.

**IT IS HEREBY ORDERED** that for any Rule 16 Discoverable Material, Sealed Items, or *Jencks* Material that the government produces to Defendants in this case after the date of entry of this Order, Defendants and their counsel shall:

   a.   conduct any review of such materials in the office of defense counsel or at the detention facility where the defendant is housed;

   b.   ensure that no copies of such materials leave the custody of defense counsel or be left at any detention facility;

   c.   not discuss, disseminate, or disclose such materials, including their contents, to anyone other than the named Defendants and their counsel (including full-time legal staff of counsel andattorneys formally associated with the law firm), except upon the express authorization of the Court;

   d.   return all hard drives and discs containing such materials to the United States at the close of trial or when any appeal becomes final; and

   e.   destroy all physical copies of the Sealed Items and *Jencks* Material at the close of trial or when any appeal has become final.

October 15, 2021

**David J. Hale, Judge**
**United States District Court**