# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                                 **PLAINTIFF**

**VS.**                                                                        **CRIMINAL ACTION NUMBER: 3:21-CR-101-DJH**

**SEIKO ROSS**                                                                                                **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on October 28, 2021 to conduct an initial appearance.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Thomas W. Dyke, Assistant United States Attorney |
| For the defendant: | Defendant Seiko Ross – Present and in custody |
| Court Reporter: | Digitally recorded |

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the nature of the charges contained therein and was advised of his rights. The defendant advised the Court that he would retain counsel for future proceedings.

The United States having moved for the detention of the defendant,

**IT IS HEREBY ORDERED** that this matter is scheduled for arraignment proceedings and a detention hearing on **November 2, 2021 at 1:00 p.m. via video conference** before the Honorable Colin H. Lindsay, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant is remanded to the custody of the United States Marshal pending further order of the Court.

This 28th day of October, 2021    **ENTERED BY ORDER OF THE COURT:**
**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
**JAMES J. VILT, JR., CLERK**
**BY:** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
U.S. Probation
Counsel for Defendant

0|20