UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO.  3:21CR-101-DJH

UNITED STATES OF AMERICA,                                            Plaintiff,

v.

SEIKO ROSS,                                                          Defendant.

## ORDER

This matter came before the Court on November 2, 2021 via video conference for arraignment proceedings and a detention hearing.     Assistant United States Attorney Tom Dyke appeared on behalf of the United States.  The defendant appeared in custody at the Oldham County Detention Center.  The hearing was recorded by Becky Boyd, Official Court Reporter.

Retained counsel did not appear.  The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel.  The Court appointed Jonathan Ricketts, from the Criminal Justice Act attorney panel list to represent the defendant.    Accordingly,

**IT IS HEREBY ORDERED** that this case is **CONTINUED** for arraignment proceedings and a detention hearing on **November 3, 2021, at 2:00 p.m**. via video before the Honorable Colin H. Lindsay, United States Magistrate Judge. The defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

This 4th day of November 2021

_Colin Lindsay_

Colin H Lindsay, Magistrate Judge
United States District Court

cc:  Counsel of record

:05

November 4, 2021