UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                    Plaintiff,

v.                                                          Criminal Action No. 3:21CR-101-DJH

SEIKO ROSS,                                                                   Defendant.

\* \* \* \* \*

## ORDER FOLLOWING ARRAIGNMENT

This case was called on November 3, 2021, via video conference for arraignment and detention hearing. The defendant appeared in custody from Oldham County Detention Center. Jonathan Rickets, appointed counsel, appeared on behalf of the defendant. Assistant United States Attorney Thomas W. Dyke appeared on behalf of the United States of America. The proceeding was digitally recorded.

The defendant, through counsel, consented to proceed with hearing via video conference.

The Court reminded the United States of its prosecutorial obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), and the consequences of violating the same.

The defendant, by counsel, acknowledged his identity. He further acknowledged having been furnished a copy of the Indictment and advised of the nature of the charges contained therein. The defendant, through counsel, waived formal reading of the Indictment and entered a plea of **NOT GUILTY** to the charges contained therein.

The defendant, through counsel, elected to waive his right to a detention hearing at this time while reserving the right to move for a detention hearing at a later time. Accordingly, the defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

A trial date will be set by further order.

:05

Colin H Lindsay, Magistrate Judge
United States District Court

November 8, 2021