UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                                              CRIMINAL ACTION NO. 3:21CR-101-DJH

ANDRE ROSS, et al.                                                                      DEFENDANTS

ORDER

The United States of America having moved the Court *ex parte* for leave to file a document under seal, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the United States' Motion is **GRANTED**.

November 9, 2021

David J. Hale, Judge
United States District Court