UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NUMBER: 3:21CR-101-DJH** |
| **ANDRE ROSS**<br>**CORY ROSS**<br>**ROBERT ROSS**<br>**SEIKO ROSS** | **DEFENDANTS** |

### O R D E R

This matter came before the undersigned on November 18, 2021 via video conference for arraignment on the Superseding Indictment. Assistant United States Attorney Thomas W. Dyke appeared on behalf of the United States. All defendants appeared in custody from Oldham County Detention Center. Assistant Federal Defender Laura Wyrosdick, appointed counsel, appeared on behalf of defendant Andre Ross. Mark D. Chandler, retained counsel, appeared on behalf of defendant Cory Ross. Nicholas D. Mudd, appointed counsel, appeared on behalf of defendant Robert Ross. Jonathan S. Ricketts, appointed counsel, appeared on behalf of defendant Seiko Ross. The proceeding was digitally recorded.

The defendants, through counsel, consented to proceed with hearing via video conference.

The Court reminded the United States of its prosecutorial obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), and the consequences of violating the same.

The defendants, through counsel, acknowledged their identity and receipt of the Superseding Indictment. The defendants, through counsel, waived formality of arraignment and entered pleas of **NOT GUILTY** to the charges contained therein.

**IT IS HEREBY ORDERED** that the defendants shall remain in custody of United States Marshals Service pending further order of the Court.

November 19, 2021

:20

Colin H Lindsay, Magistrate Judge
United States District Court