UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                      PLAINTIFF

vs.                                                                                    3:21-CR-101-DJH

ANDRE ROSS, et. al.                                                              DEFENDANT

### NOTICE OF ENTRY OF APPEARANCE AS CO-COUNSEL

Assistant United States Attorney Erin G. McKenzie hereby enters her appearance as co-counsel on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*[signature]*

_____
Erin G. McKenzie
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5911
FAX:   (502) 582-5067
Email: erin.mckenzie@usdoj.gov