UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                      Plaintiff,

v.                                              Criminal Action No. 3:21-CR-101-DJH

SEIKO ROSS,                                                    Defendant.

\* \* \* \* \* \* \* \* \* \*

### MOTION TO DECLARE CASE COMPLEX
(*Electronically Filed*)

Comes now the Defendant, Seiko Ross, by counsel, and hereby moves this Honorable Court to declare that this litigation qualifies as a complex matter under the Speedy Trial Act, and to exclude the proceedings in this case from the Speedy Trial Act's time limits, pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv). Counsel for Seiko Ross has spoken with the Assistant U.S. Attorney, Hon. Laura Wyrosdick (Counsel for Andre Ross), and Hon. Nicholas Mudd (Counsel for Robert Ross), all of whom have no objection to this motion. Counsel for Seiko Ross has not yet received a response from Hon. Mark Chandler (Counsel for Cory Ross) regarding whether he has any objection to same. In support of this motion, the Defendant states as follows:

According to 18 U.S.C. § 3161(h)(7)(B)(ii), a judge may consider the complexity of a case in determining whether to grant a continuance. Such complexity may be "due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law that it is unreasonable to expect adequate preparation for pretrial proceedings for the trial itself within the time limits established" by the Speedy Trial Act."

This case involves multiple defendants, four (4) in total, and a significant number of charges, seventeen (17) in total. The United States has chosen to try these Defendants and charges

1

together in a single case, a decision which now compels each defense counsel to investigate and understand all charges as they relate not only to their own represented client, but also the other three (3) co-defendants in this case. The allegations made against and between *each* defendant must be individually analyzed and understood. This will require diligent investigation into the alleged criminal acts of all defendants in order to develop a comprehensive understanding of each actor's alleged role in the overall charged conspiracy.

The discovery heretofore disclosed by the United States is substantial and will certainly take time to review and evaluate. Moreover, as of the date of this Motion, there are still discovery materials to be furnished by the United States, which they have indicated include multiple terabytes of data. Further complexities may arise in the course of discovery as novel issues of law, previously unforeseen, may arise with newly disclosed evidence and witnesses. All of the aforementioned materials must be individually inspected, reviewed, and scrutinized by defense counsel, in order to assess potential grounds for pretrial motion practice, and to prepare for trial itself, which is presently scheduled for April 11, 2021. Furthermore, a majority of this work will have to be completed well in advance of the pretrial filing deadlines, the first of which being February 7, 2022. Proper examination and scrutiny of all materials, whether presently possessed or later disclosed, will demand much more preparation time than normal.

WHEREFORE, given the voluminous discovery, the significant number of defendants and charges, and the overall complex nature of the case, Defendant Seiko Ross respectfully requests this Court enter the attached proposed order declaring this matter complex and excluding the proceedings in this case from the Speedy Trial Act's time limits.

Respectfully Submitted,

//s//Jonathan S. Ricketts
JONATHAN S. RICKETTS
RICKETTS LAW OFFICES, PLLC
4055 Shelbyville Road
Louisville, KY 40207
Tel. (502) 896-2303
Fax. (502) 896-2362
jricketts@rickettslawoffices.com
*Counsel for Defendant, Seiko Ross*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Hon. Tom Dyke, *Assistant U.S. Attorney*; Hon. Erin McKenzie, *Assistant U.S. Attorney*; Hon. Laura Wyrosdick, *Counsel for Andre Ross*; Hon. Nicholas Mudd, *Counsel for Robert Ross*; and Hon. Mark Chandler, *Counsel for Cory Ross*.

//s//Jonathan S. Ricketts
JONATHAN S. RICKETTS
RICKETTS LAW OFFICES, PLLC
*Counsel for Defendant, Seiko Ross*