UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Criminal Action No. 3:21-CR-101-DJH

SEIKO ROSS,　　　　　　　　　　　　　　　　　　　　　　　　　　Defendant.

\* \* \* \* \* \* \* \* \* \*

## ORDER

Motion having been made and this Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this case is declared complex and any resulting delays are excluded from the Speedy Trial Act's time limits pursuant to 18 U.S.C. §3161(h).

_____
DAVID J. HALE, Judge
United States District Court
Western District of Kentucky
Date:_____

Tendered by:

//s//Jonathan S. Ricketts
JONATHAN S. RICKETTS
RICKETTS LAW OFFICES, PLLC
4055 Shelbyville Road
Louisville, KY 40207
Tel. (502) 896-2303
Fax. (502) 896-2362
jricketts@rickettslawoffices.com
*Counsel for Defendant, Seiko Ross*