UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                            Plaintiff,

v.                                                                 Criminal Action No. 3:21-cr-101-DJH

ANDRE ROSS,
CORY ROSS,
ROBERT ROSS, and
SEIKO ROSS,                                                                          Defendants.

* * * * *

### ORDER

Defendant Seiko Ross has moved to declare the case complex. (Docket No. 70) The time to respond has passed, with no responses filed. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the unopposed motion to declare the case complex (D.N. 70) is **GRANTED**. Without objection, the Court determines that the case is complex for purposes of computing the time in which trial should commence, due to the extensive discovery and number of defendants. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

January 7, 2022

David J. Hale, Judge
United States District Court

1