UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA					PLAINTIFF

v.					CRIMINAL ACTION NO. 3:21CR-101-DJH

ANDRE ROSS, et al.					DEFENDANTS

### GOVERNMENT'S MOTION FOR LEAVE TO PROVIDE COPIES
*(Electronically Filed)*

The United States, through Assistant United States Attorney Erin McKenzie, hereby moves, pursuant to Federal Rule of Criminal Procedure 16(d)(1), for permission of the Court to provide an additional copy of certain discovery documents to defense counsel to share with their clients. In support of its motion, the United States states as follows:

On October 29, 2021, the United States moved the Court to enter a protective order concerning discovery in this case [DN 39], and the Court granted the motion [DN 42]. The United States believes the protective order is still necessary. However, the United States has conferred with defense counsel and, at counsel's request, has reviewed again the discovery items produced to date. Counsel for the United States believes that a limited number of those discovery items are non-sensitive and can safely be copied and provided to the defendants for review on their own time. Counsel for the United States agreed to seek leave of Court to provide these copies in order to help expedite the progress of this case.

Therefore, the United States has prepared an additional copy of those discovery materials it believes to be "non-sensitive" for each defendant and requests leave of Court to produce these copies to defense counsel for distribution to their clients.

WHEREFORE, the United States respectfully moves the Court to grant its motion.

Respectfully Submitted,

MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

*s/ Erin McKenzie*
Erin McKenzie
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7061 (tel)
(502) 582-5912 (fax)

**CERTIFICATE OF SERVICE**

On January 19, 2022, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all Counsel of record.

*s/ Erin McKenzie*
Assistant United States Attorney