UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                                      CRIMINAL ACTION NO. 3:21-CR-101-DJH

ANDRE ROSS, et. al.                                                                     DEFENDANT

<u>ORDER</u>

This matter is before the Court on the motion by the United States to permit it to provide additional copies of non-sensitive discovery materials. Having considered the motion and being sufficiently advised,

**IT IS HEREBY ORDERED** that the motion is **GRANTED.**

February 3, 2022

**David J. Hale, Judge**
**United States District Court**