UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                                 Criminal Action No. 3:21-cr-101-DJH

ANDRE ROSS,
CORY ROSS,
ROBERT ROSS, and
SEIKO ROSS,                                                                                Defendants.

\* \* \* \* \*

### MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on February 3, 2022, with the following counsel participating:

| | |
|---|---|
| For the United States: | Erin McKenzie |
| For Defendants: | Laura Wyrosdick<br>Nicholas Mudd<br>Jonathan Ricketts<br>Mark Chandler |

The Court and counsel discussed the procedural posture of the case, which was previously declared complex. (Docket No. 71) Counsel informed the Court that discovery is extensive and ongoing. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that by agreement of the parties, this matter is set for a telephonic status conference on **February 23, 2022, at 10:00 a.m.** Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187#.

Court Time: 00/10
Court Reporter: Dena Legg