UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                    Plaintiff,

v.                                                    Criminal Action No. 3:21-cr-101-DJH

ANDRE ROSS,
CORY ROSS,
ROBERT ROSS, and
SEIKO ROSS,                                                              Defendants.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on February 23, 2022, with the

following counsel participating:

> For the United States:        Erin McKenzie
>
> For Defendants:               Pat Bouldin
>                               Nicholas Mudd
>                               Jonathan Ricketts

This matter was scheduled for a telephonic status conference as agreed during the previous

telephonic status conference of February 3, 2022, and as ordered following that conference.

(Docket No. 76)  The Court was unable to begin the conference as scheduled, however, because

one or more counsel failed to join the conference call in a timely manner.  While the Court may

excuse an occasional oversight, repeated failure to appear as scheduled and on time wastes the

Court's and the parties' time.  The Court therefore finds it necessary to remind counsel of the

responsibility to maintain an accurate calendar of case-related obligations.

The Court and counsel discussed the procedural posture of the case, which was previously

declared complex.  (D.N. 71)  Counsel informed the Court that discovery is extensive and ongoing.

1

Counsel indicated they would file a joint motion to continue the trial in light of the current lockdown at Oldham County Detention Center where Defendants Andre Ross, Cory Ross, Robert Ross, and Seiko Ross are housed.  Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)      By agreement of the parties, this matter is set for a telephonic status conference on **March 25, 2022, at 10:00 a.m.** Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187#.

(2)      Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from February 23, 2022, to March 25, 2022, is excludable in computing the time within which the trial must commence under the Speedy Trial Act.**  The Court further finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial because failure to grant such a continuance would deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006).  This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government."  § 3161(h)(7)(C).

February 23, 2022

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/20
Court Reporter: Dena Legg

2