UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                          PLAINTIFF

vs.                                                                                        3:21-CR-00101-DJH

ANDRE ROSS, et. al.                                                                    DEFENDANT

### JOINT MOTION TO CONTINUE JURY TRIAL
*(Filed Electronically)*

The United States of America, on behalf of all parties to the above-styled action, moves the Court to continue the trial date in the above styled action, currently scheduled for April 11, 2022. The motion is supported by the following facts:

The defendants stand charged in a seventeen-count Superseding Indictment with narcotics and firearms offenses, including a conspiracy to distribute narcotics. [DN48]. On November 9, 2021, the last defendant, Seiko Ross, was arraigned on the Superseding Indictment. [DN 58]. On December 2, 2021, new counsel entered the case on behalf of the United States. [DN 68]. On February 10, 2022, new counsel entered an appearance on behalf of defendant Andre Ross [DN 78]. On January 7, 2022, the case was declared "complex" for purposes of computing the time within which trial must commence. [DN 71].

On October 18, 2021, the Court granted the United States' motion for a protective order concerning discovery in this matter [DN 39, 42]. However, counsel for the defendants have noted on multiple occasions the difficulties surrounding client meetings given the current COVID-19 protocols where the defendants are currently held.[1] In effort to expedite the

---

[1] The defendants have all been ordered detained pending trial. *See* DN 17, DN 19, DN 22, DN 58. All defendants are currently held at the Oldham County Detention Center.

resolution of the case, the United States sought and received the Court's permission to provide copies of certain non-sensitive discovery materials for defendants to review themselves. [DN 72, 75]. Defense counsel reported to the Court on February 23, 2022, that they have also had difficulty arranging conferences with clients to discuss *any* discovery materials, including the materials that were copied for the defendants.

Based on the foregoing facts, the parties move the Court to continue the trial currently scheduled for April 11, 2022. Furthermore, as part of this motion to continue the trial, the parties request that the Court extend all filing deadlines to a date certain in advance of the new trial date.

All parties agree that the interests of justice outweigh any potential prejudice the delay may cause, and therefore agree that the period of the delay should be excluded from any computation for Speedy Trial purposes.

**WHEREFORE**, the United States respectfully requests the Court enter the proposed order rescheduling trial.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

_____
Erin G. McKenzie
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5911
FAX:   (502) 582-5067
Email: erin.mckenzie@usdoj.gov

Having seen and agreed:

/s/ _Jonathan Ricketts_____
Jonathan Ricketts
Counsel for Seiko Ross


_/s/_Nick Mudd_____
Nick Mudd
Counsel for Robert Ross
With Permission for Counsel for Cory Ross


_/s/_Patrick Bouldin_____
Patrick J. Bouldin
Counsel for Andre Ross


## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

_____
Erin G. McKenzie
Assistant United States Attorney
Western District of Kentucky

3