UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA										PLAINTIFF

vs.													3:21-CR-00101-DJH

ANDRE ROSS, et. al.										DEFENDANT

## ORDER

The parties having moved to continue the trial scheduled for April 11, 2022, the defendants having no objection, and the Court having considered the motion and being sufficiently advised,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The jury trial in the above-styled case is hereby rescheduled for _____ at _____.

**IT IS FUTHER ORDERED AND ADJUDGED** that in the interest of justice, and pursuant to 18 USC §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(ii), the period of delay is excluded from the time allowed for a speedy trial.