UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                              Plaintiff,

v.                                                Criminal Action No. 3:21-cr-101-DJH

ANDRE ROSS,
CORY ROSS,
ROBERT ROSS, and
SEIKO ROSS,                                                            Defendants.

\* \* \* \* \*

### ORDER

The United States and Counsel for Defendants jointly move to continue the trial of this matter, which was previously declared complex (Docket No. 71), on the grounds that Defendant Andre Ross was appointed new counsel on February 10, 2022, and that the Oldham County Detention Center, where Defendants are housed, has been on lockdown due to COVID-19 concerns, impeding Defendants' review of discovery materials. (D.N. 81; *see* D.N. 78) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     The joint motion to continue (D.N. 81) is **GRANTED**. The trial set for April 11, 2022, is **REMANDED** from the Court's docket, to be reset by subsequent order. All pretrial dates and deadlines are **VACATED**.

(2)     During the upcoming telephonic status conference on March 25, 2022, the Court anticipates setting a trial date. Accordingly, counsel **SHALL** confer in advance of the conference regarding a final trial schedule.

February 28, 2022

*[Signature]*

**David J. Hale, Judge**
**United States District Court**

cc:     Jury Administrator

1