UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                   PLAINTIFF

vs.                                                                       3:21-CR-00101-DJH

ANDRE ROSS, et. al.                                     DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Special Assistant United States Attorney Emily Lantz hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

_/s/ Emily Lantz_

_____
Emily Lantz
Special Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 779-2780
Email: Emily.Lantz@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

_/s/ Emily Lantz_

_____
Emily Lantz
Special Assistant United States Attorney