UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v.  Criminal Action No. 3:21-cr-101-DJH

ANDRE ROSS,
CORY ROSS,
ROBERT ROSS, and
SEIKO ROSS, Defendants.

\* \* \* \* \*

### MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on July 18, 2022, with the following counsel participating:

    For the United States:    Emily Lantz

    For Defendants:    Pat Bouldin
                         Mark Chandler
                         Nicholas Mudd
                         Jonathan Ricketts

The Court and counsel discussed the procedural posture of the case, which was previously declared complex. (Docket No. 71) The United States informed the Court that supplemental discovery has been turned over to counsel for defendants. Counsel for Defendant Andre Ross reported that a plea agreement has been reached. Counsel for Defendant Seiko Ross advised the Court that he anticipates filing a motion to continue the trial in this matter. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

    **ORDERED** as follows:

(1)     By agreement of the parties, this matter is **SET** for a change-of-plea hearing as to Defendant Andre Ross on **August 8, 2022, at 1:30 p.m.** at the Gene Snyder U.S Courthouse in Louisville, Kentucky.

(2)     The trial of this matter, currently set for September 12, 2022, and all attendant pretrial deadlines are **REMANDED** from the Court's docket as to Defendant Andre Ross.  The jury trial and associated pretrial dates and deadlines will remain in place as previously established as to Defendants Cory Ross, Robert Ross, and Seiko Ross.  (*See* D.N. 85)

(3)     Without objection, any motion to continue the trial **SHALL** be filed no later than the close of business on **July 25, 2022**.

(4)     By agreement of the parties, this matter is **SET** for a telephonic status conference on **July 26, 2022, at 1:30 p.m.** as to Defendants Cory Ross, Robert Ross, and Seiko Ross.  Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187#.

July 18, 2022

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

cc:     Jury Administrator