UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                   PLAINTIFF

vs.                                                                                                 3:21-CR-00101-DJH

ANDRE ROSS, et. al.                                                                              DEFENDANT

### RESPONSE TO MOTION TO CONTINUE JURY TRIAL [DN 89]
*(Filed Electronically)*

Comes the United States of America, by counsel, Erin G. McKenzie, Assistant United States Attorney for the Western District of Kentucky, and states its opposition to Defendant Seiko Ross's Motion to Continue the jury trial currently scheduled for September 12, 2022.

The defendant's motion is based on the overall volume of materials provided by the United States to date and on the fact that the United States provided a supplement to those materials on July 12, 2022. That supplement contained the bench notes and CV's of the forensic analysts who performed chemical and biological testing in this case. With the trial date approximately six weeks away, the undersigned does not believe a continuance is necessary based on the content of the new discovery supplement.

**WHEREFORE**, the United States respectfully requests the Court deny Defendant Seiko Ross's motion.

                                                                Respectfully submitted,

                                                                MICHAEL A. BENNETT
                                                                United States Attorney

_____
Erin G. McKenzie
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5911
FAX:   (502) 582-5067
Email: erin.mckenzie@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 25, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

_____
Erin G. McKenzie
Assistant United States Attorney
Western District of Kentucky