UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                                        CRIMINAL ACTION NO. 3:21CR-101-DJH

ANDRE ROSS, et al.                                                                             DEFENDANTS

*- Electronically filed -*
NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Jo E. Lawless hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 625-7065
Email: jo.lawless@usdoj.gov

CERTIFICATE OF SERVICE

On September 20, 2022, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all Counsel of record.

/s/ *Jo E. Lawless*
Assistant United States Attorney