UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                                    Plaintiff,

v.                                                                                    Criminal Action No. 3:21-cr-101-DJH

CORY ROSS,
ROBERT ROSS,
SEIKO ROSS,                                                                                                  Defendants.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on September 27, 2022, with the following counsel participating:

    For the United States:    Jo E. Lawless

    For Defendants:    Mark D. Chandler
                        Nicholas D. Mudd
                        Jonathan S. Ricketts

The Court and counsel discussed the procedural posture of the case. Defense counsel reported that Defendants Cory Ross, Robert Ross, and Seiko Ross have reached agreements with the United States to plead guilty, pending review of the written plea agreements. Based on the discussion during the conference, and by agreement of the parties, it is hereby

**ORDERED** as follows:

(1)  This matter is **SET** for a change-of-plea hearing as to Defendant Cory Ross on **October 17, 2022, at 2:00 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2)  This matter is **SET** for a change-of-plea hearing as to Defendant Robert Ross on **October 24, 2022, at 2:00 p.m**. at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(3)     This matter is **SET** for a change-of-plea hearing as to Defendant Seiko Ross on **October 24, 2022, at 3:00 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(4)     The jury trial for this matter that is currently set for November 14, 2022, shall remain on the Court's docket pending notice from the parties that the plea agreements have been finalized.

September 30, 2022

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg