UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                          CRIMINAL NO.3:21CR-101-DJH

ANDRE ROSS
CORY ROSS
ROBERT ROSS
SEIKO ROSS                                                 DEFENDANTS

*Electronically Filed*
<u>**MOTION FOR PRELIMINARY ORDER OF FORFEITURE**</u>

The United States respectfully requests that the Court enter the attached Preliminary

Order of Forfeiture.  The preliminary order is necessary to protect the United States' ability to

collect forfeited property and to protect third parties who may have competing interests in that

property.

On August 8, 2022, defendant Andre Ross pled guilty to violations of 21 U.S.C. §§

841(a)(1), 841(b)(1)(C), and 846 as well as 18 U.S.C. §§ 922(g)(1) and 924(a)(2), as charged in

Counts 1 and 3 of the Superseding Indictment.  On October 18, 2022, defendant Cory Ross pled

guilty to violations of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(iii), 841(b)(1)(C), and 846, as

charged in Counts 1, 4, 5, and 6 of the Superseding Indictment.  On October 24, 2022, defendant

Robert Ross pled guilty to violations of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846 as well as

18 U.S.C. §§ 922(g)(1) and 924(a)(2), as charged in Counts 1, 8, 9, and 11 of the Superseding

Indictment.  On October 24, 2022, defendant Seiko Ross pled guilty to violations of 21 U.S.C. §§

841(a)(1), 841(b)(1)(B)(viii), 841(b)(1)(C), 841(b)(1)(D), and 846 as well as 18 U.S.C. §§

922(g)(1) and 924(a)(2), as charged in Counts 1, 12, 13, 14, 15 and 17 of the Superseding

Indictment.  Pursuant to the Plea Agreements, all of the defendants agreed to forfeit the property

described in the Bill of Particulars, the Notice of Forfeiture in the Superseding Indictment and the attached proposed Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461. Sentencing hearings are scheduled as follows: Andre Ross - November 21, 2022; Corey Ross - January 26, 2023; Robert Ross and Seiko Ross - February 1, 2023.

The Preliminary Order of Forfeiture begins the process of collecting the property authorized by the Plea Agreements.  The proposed order sets out the facts justifying the forfeiture of defendants' property, permits the United States Marshals Service, or any duly authorized law enforcement agency to secure the property, and describes the procedure governing the ancillary proceedings in which innocent third parties may assert ownership claims to the forfeited property.  21 U.S.C. § 853;  Fed. R. Crim. P. 32.2.  Until the Court enters a preliminary order of forfeiture, the law prevents third parties from defending their interests in the forfeited property.  21 U.S.C. § 853(k).  Approval of the preliminary order is likewise a prerequisite to the United States' ability to conduct necessary discovery and seek the forfeiture of substitute assets, if such forfeiture is necessary.  21 U.S.C. §§ 853(m)-(p).

Accordingly, the United States requests that the Court enter the attached proposed Preliminary Order of Forfeiture.

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

 s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 625-7065

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 10, 2022, a copy of the foregoing was served on defense counsel through the Court's CM/ECF system.

 s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney