UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:21-CR-101-DJH

**UNITED STATES OF AMERICA,**

                                         **Plaintiff,**

**v.**

**SEIKO ROSS,**                                                              **Defendant.**

## REPORT & RECOMMENDATION

On December 13, 2022, the undersigned conducted an *ex parte* hearing in the above matter with the following appearances:

    DEFENDANT:        Seiko Ross, Jonathan Ricketts (counsel)

    COURT REPORTER:    April Dowell

Any transcript prepared shall be maintained *ex parte* and under seal accessible only the Court, Defendant, and his counsel.

On November 23, 2022, the Court received a letter from Defendant Seiko Ross regarding his upcoming sentencing hearing and related issues. (DN 115.) The matter was referred to the undersigned for review and to conduct a hearing as appropriate. (*Id.*) The undersigned conducted an *ex parte* hearing after construing the letter as possibly expressing Defendant's dissatisfaction with Defense counsel. During the hearing, Defense counsel and Defendant discussed the matter privately.

At the conclusion of their discussion, Defendant informed the Court that he was satisfied with Defense counsel's representation and had no further requests to make of the Court at the time. As such, the undersigned **RECOMMENDS** that there be no change in counsel for Defendant.

Colin H Lindsay, Magistrate Judge
United States District Court

December 14, 2022

cc: Counsel of record

:30